No. 73–126. PENNSYLVANIA *v.* PIERCE. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pau-*

*peris* granted.  Certiorari denied.